IN THE UNTED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

SHARMIL MCKEE                                    Bankruptcy No.: 17-10941 (JKF)

           Debtor                                Chapter 7

------------------------------------------------

Michael K. Pearson,

           Plaintiff,

v.

Sharmil D. McKee,                                Adversary No. 18-0144

           Defendant.

### APPELLANT'S DESIGNATION AND ISSUES PRESENTED

Appellant/Child Support Creditor Michael K. Pearson ("Child Support Creditor" or "Creditor"), by and through his undersigned counsel, hereby designates the following as parts of the record he intends to reproduce:

**A. Parts of the Record Appellant Intends to Reproduce**

1. Bankruptcy Case No. 17-10941 (jkf) Record Entry No. 52 – Order Approving Trustee's Report, discharging trustee and closing case. (Entered: 07/07/2017)

2. Adversary Case No. 18-0144 Record Entry No. 1 – Adversary case 18-00144. Complaint by Karin M. Gunter on behalf of Michael K Pearson against Sharmil McKee, *inter alia* (Entered: 06/25/2018).

3. Adversary Case No. 18-00144 Record Entry No. 4 – Motion to Dismiss Adversary Proceedings Filed by Sharmil McKee Represented by Glenn Brown (Counsel), *inter alia* (Entered: 07/20/2018)

1

4. Adversary Case No. 18-00144 Record Entry No. 6 – Order Adversary Dismissing Case (Entered: 08/01/2018)

**B. Brief Statement of Issues Appellant Intends to Present for Review**

1. Whether the trial court erred as a matter of law, and therefore abused its discretion, when it dismissed the adversary proceeding on August 1, 2018 alleging, in part, the underlying Appellee's underlying bankruptcy case closed by order dated June 7, 2017, when in fact the uncderlying bankruptcy case did not close until July 7, 2017 pursuant to 11 U.S.C. § 350(a).

2. Whether the trial court erred as a matter of law, and therefore abused its discretion, when it closed the adversary proceeding on August 1, 2018, denied Appellant the opportunity to respond to Appellee's motion to dismiss and failed to rule on those underlying pleadings

Appellant reserves the right to raise other issues he intends to present for review.

**Respectfully submitted:**

**LAW OFFICE OF KARIN M. GUNTER**

/s/ Karin M. Gunter
Karin M. Gunter, Esquire
Pa Supreme Court ID: 79852
85 Old Cedarbrook Road
Wyncote, PA 19095
(215) 548-9992 (ph)
(215) 548-7277 (f)

IN THE UNTED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

SHARMIL MCKEE                                               Bankruptcy No.: 17-10941 (JKF)

            Debtor                                            Chapter 7

------------------------------------------------

Michael K. Pearson,

           Plaintiff,

v.

Sharmil D. McKee,                                           Adversary No. 18-0144

           Defendant.

## CERTIFICATE OF SERVICE

I, Karin M. Gunter, Esquire, do hereby certify that I served a true and correct copy of Creditor Michael K. Pearson's Appellant's Designation and Issues Presented Appearance of Child Support Creditor or Representative upon each of the following parties by the court's electronic pursuant to Fed. R. Civ. P. 5(b)(2)(E):

The Honorable Jean K. FitzSimon
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 203
Philadelphia, PA 19107

Pamela Elchert Thurmond, Esquire
City of Philadelphia Law/Revenue Dept
1401 JFK Boulevard, Room 580
Municipal Services Building
Philadelphia, PA 19102
Counsel for Joseph Rotan, Witness

Sharmil Donzella McKee
7441 Limekiln Pike, Apt B1
Philadelphia, PA 19138
Debtor

Glenn A. Brown, Esquire
Real World Law, P.C.
6778 Market Street
Upper Darby, PA 19083
Counsel for Debtor

Andrew Jason Coval, Esquire
Administrative Office of Pennsylvania Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Counsel for Family Court of Philadelphia

Lynn E. Feldman, Esquire
Feldman Law Office, P.C
221 N. Cedar Crest Blvd
Allentown, PA 18104
Trustee

Date: August 24, 2018

/s/ Karin M. Gunter
Karin M. Gunter, Esquire
Counsel for Appellant, Michael K. Pearson